1  Jonathan Gross, State Bar No. 122010
   jgross@bishop-barry.com
2  Vivian L. Lerche, State Bar No. 149984
   vlerche@bishop-barry.com
3  BISHOP | BARRY | DRATH
   2000 Powell Street, Suite 1425
4  Emeryville, California 94608
   Telephone: (510) 596-0888
5  Facsimile:  (510) 596-0889

6  Attorneys for Plaintiff
   ZURICH AMERICAN INSURANCE COMPANY
7

8              IN THE UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 ZURICH AMERICAN INSURANCE          Case No.: 2:11-cv-00881-KJM-DAD
   COMPANY,
12                                     **JOINT STIPULATION AND ORDER TO**
           Plaintiff,                  **EXTEND TIME TO ANSWER INITIAL**
13                                     **COMPLAINT (L.R. 144)**
   v.
14
   ACE AMERICAN INSURANCE
15 COMPANY,

16         Defendant.

17

18        Pursuant to Rule 144, subdivision (a), of the Local Rules of the United States District Court

19 for the Eastern District of California, Plaintiff ZURICH AMERICAN INSURANCE COMPANY

20 ("Plaintiff"), through its counsel, and Defendant ACE AMERICAN INSURANCE COMPANY

21 ("Defendant"), through its counsel, hereby stipulate and agree:

22        Defendant shall have an extension of time to Answer the Complaint, from August 12, 2011

23 up to and including September 23, 2011.

24        Good cause for this extension is based on the following:

25        1.     The parties hereto sought to resolve this matter prior to the filing of the litigation.

26        2.     Plaintiff was required to file the instant action on April 1, 2011 in order to preserve

27 the statute of limitations.

28        3.     The Summons and Complaint were served on Defendant on July 22, 2011

BISHOP | BARRY | DRATH
2000 POWELL STREET  SUITE 1425
EMERYVILLE, CALIFORNIA 94506
TELEPHONE: (510) 596-0888   FACSIMILE: (510) 596-0899

1    4.    Additional time is needed for the parties to engage in settlement negotiations to

2  determine if the dispute may be resolved without resort to the pending litigation.

3    5.    It is in the interest of judicial economy that this Joint Stipulation be approved and

4  the Order be signed and issued by the Court.

5

6  Dated:

7

8    By:  /s/ *Richard S. Endres*
        Richard S. Endres

9        London Fischer LLP
        Attorneys for Defendant

10       ACE AMERICAN INSURANCE
        COMPANY

11

12

13  Dated:  August 23, 2011    BISHOP | BARRY | DRATH

14

15    By:  /s/ *Vivian L. Lerche*
        Jonathan Gross

16       Vivian Leung Lerche

17       Attorneys for Plaintiff
        ZURICH AMERICAN INSURANCE
        COMPANY

18

19

20    **ORDER**

21

22    PURSUANT TO THE PARTIES' STIPULATION, the Court finds good cause to extend

23  the time for ACE AMERICAN INSURANCE COMPANY'S time to Answer the initial Complaint

24  filed by ZURICH AMERICAN INSURANCE COMPANY to September 23, 2011. The status

25  (pretrial scheduling) conference set for September 7, 2011 is VACATED and RESET to October 5,

26  2011.

27    IT IS SO ORDERED.

28  Dated:  August 29, 2011.    UNITED STATES DISTRICT JUDGE

BISHOP | BARRY | DRATH
2000 POWELL STREET  SUITE 1425
EMERYVILLE, CALIFORNIA 94506
TELEPHONE: (510) 596-0888   FACSIMILE: (510) 596-0899