# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZURICH AMERICAN INSURANCE COMPANY,<br><br>          Plaintiff,<br>v.<br><br>ACE AMERICAN INSURANCE COMPANY<br><br>          Defendant. | Case No. 2:11-cv-00881-KJM-DAD<br><br>**ORDER** |

For good cause shown, IT IS HEREBY ORDERED that:

1. The Stipulation and [Proposed] Protective Order filed by the parties on October 19, 2011 (Doc. No. 15) is adopted by the Court; and

2. The October 19, 2011 Protective Order (Doc. No. 15) may be amended if additional parties are added to this action, so as to be included in the Protective Order.

IT IS SO ORDERED.

Dated: November 17, 2011

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DDAD1\orders.civil\zurich0881.stip.protord

London Fischer LLP
1 Park Plaza
Suite 740
Irvine, California
92614
(949) 252-0550

STIPULATION AND [PROPOSED] PROTECTIVE ORDER