IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ZURICH AMERICAN INSURANCE COMPANY,

       Plaintiff,

    v.

ACE AMERICAN INSURANCE COMPANY,

       Defendant.
_____/

JACOBS ENGINEERING GROUP, INC.,

       Defendant-in-Intervention
_____/

No. CIV-S-11-0881 KJM-DAD

ORDER

This matter came before the court on August 31, 2012, for hearing of a motion to retain confidentiality filed by defendant ACE American Insurance Company and defendant-in-intervention Jacobs Engineering Group, Inc.  Vivian Lerche, Esq. appeared telephonically for plaintiff Zurich American Insurance Company.  Omar Iqbal, Esq. appeared telephonically for defendant ACE American Insurance Company.  Jeffrey Barron, Esq. appeared telephonically for defendant-in-intervention Jacobs Engineering Group, Inc.

Upon consideration of the parties' arguments on file and at the hearing, and for the reasons set forth in detail on the record, IT IS HEREBY ORDERED that:

1. The June 27, 2012 motion to retain confidentiality filed by defendant ACE American Insurance Company and defendant-in-intervention Jacobs Engineering Group, Inc., (Doc. No. 35) is granted[1];

2. With respect to the June 27, 2012 request to seal (Doc. No. 36), on or before September 7, 2012, defendant ACE American Insurance Company and defendant-in-intervention Jacobs Engineering Group Inc., shall submit proposed redacted documents for the undersigned's consideration to the email address previously provided to counsel; and

3. Plaintiff shall file any opposition to the proposed redaction of those documents on or before September 14, 2012.

DATED: September 6, 2012.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:6
Ddad1\orders.civil\zurich0881.oah.083112

---

[1] With respect to the issue of possible future requests to seal in connection with the filing of dispositive motions in this action, that issue is not currently before the court and is not addressed by this order.