Jeffrey S. Barron (SBN 65136)
jbarron@mpplaw.com
J. Scott Miller (SBN 256476)
jmiller@mpplaw.com
**MORRIS POLICH & PURDY LLP**
1055 West Seventh Street, 24th Floor
Los Angeles, California 90017
Telephone: (213) 891-9100
Facsimile: (213) 488-1178

Attorneys for Defendant-in-Intervention
JACOBS ENGINEERING GROUP INC.

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZURICH AMERICAN INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>ACE AMERICAN INSURANCE COMPANY,<br><br>Defendant.<br><br>JACOBS ENGINEERING GROUP INC.,<br><br>Defendant-in-Intervention and Third-Party Plaintiff,<br><br>vs.<br><br>A. TEICHERT & SON, INC., DBA TEICHERT CONSTRUCTION, AKA TEICHERT, INC.<br><br>Third-Party Defendant. | Case No.: 2:11-cv-00881-KJM-DAD<br><br>**STIPULATION OF VOLUNTARY DISMISSAL OF COMPLAINT AND THIRD-PARTY COMPLAINT WITH PREJUDICE**<br><br>Hon. Kimberly J. Mueller |

///
///

1

STIPULATION OF VOLUNTARY DISMISSAL OF COMPLAINT AND THIRD-PARTY COMPLAINT WITH PREJUDICE

**TO THE COURT:**

Pursuant to Rule 41(a)(1)(A)(ii) and 41(c) of the Federal Rules of Civil Procedure, the parties, through their counsel, hereby agree and stipulate to the voluntary dismissal with prejudice of all claims against all defendants and third-party defendants, as filed in this action, with each side to bear its own costs and attorneys' fees.

Specifically, and given that Plaintiff Zurich American Insurance Company's Motion for Leave to file a Proposed First Amended Complaint was denied as moot by the Court in its Minute Order dated October 19, 2012 (ECF 73), the parties hereby stipulate to dismiss the following, with prejudice:

- The Complaint for Equitable Indemnity, Contribution, Subrogation and Declaratory Relief filed by plaintiff Zurich American Insurance Company on April 1, 2011 (ECF 1); and
- The Third-Party Complaint filed by defendant-in-intervention Jacobs Engineering Group Inc. against third-party defendant A. Teichert & Son, Inc., DBA Teichert Construction, AKA Teichert, Inc., filed on September 14, 2012 (ECF 60-1).

The electronic or facsimile signature of the parties and their counsel on this Stipulation shall be acceptable as if they were the originals, and this Stipulation may be signed in counterparts.

**IT IS SO STIPULATED.**

Dated: December 19, 2012

**MORRIS POLICH & PURDY LLP**

By: _____
Jeffrey S. Barron
Attorneys for Defendant-in-Intervention and Third Party Plaintiff
JACOBS ENGINEERING GROUP INC.

2

STIPULATION OF VOLUNTARY DISMISSAL OF COMPLAINT AND THIRD-PARTY COMPLAINT WITH PREJUDICE

Dated: December 19, 2012

**LONDON FISCHER LLP**

By: _____
Richard S. Endres
Attorneys for Defendant
ACE AMERICAN INSURANCE COMPANY

Dated: ~~November~~ December 19, 2012

**BISHOP | BARRY | DRATH**

By: _____
Jonathan Gross
Attorneys for Plaintiff
ZURICH AMERICAN INSURANCE COMPANY

---

3

**STIPULATION OF VOLUNTARY DISMISSAL OF COMPLAINT AND THIRD-PARTY COMPLAINT WITH PREJUDICE**